AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RONALD JAMES DAVENPORT,

       Plaintiff,

                                                        JUDGMENT IN A CIVIL CASE

       v.

W. CARL HANKLA and
MICHAEL P. HATZIMACHALIS,                 CASE NUMBER: CV-13-88-JPH

       Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED WITHOUT PREJUDICE.

 

May 2, 2013                                                  SEAN F. McAVOY
*Date*                                                        *Clerk*
                                                              s/ Sheila Parpolia
                                                              *(By) Deputy Clerk*
                                                              Sheila Parpolia