AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RONALD JAMES DAVENPORT,

      Plaintiff,

      v.

W. CARL HANKLA and
MICHAEL P. HATZIMACHALIS,

      Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-13-0088-JPH

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED WITHOUT PREJUDICE.

June 3, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia